No. 5,706.—IN THE MATTER OF THE APPLICATION OF JULIUS
C. PETERS FOR REINSTATEMENT AS A MEMBER OF THE
BAR OF THE STATE OF MONTANA.

Decided July 6, 1929.

PER CURIAM.—By reason of his conviction of an offense
against the banking laws of the United States, in the district
court of the United States for the district of Montana,
Julius C. Peters was, on the twenty-fifth day of April, 1925,
removed from his office as an attorney and counselor at law
in this state and his name was stricken from the roll. (*In
re Peters,* 73 Mont. 284, 235 Pac. 772.)

Mr. Peters has presented an application to the court, duly
verified, and properly supported by the affidavits of repu-
table attorneys, asking that he be reinstated as a member of
the bar of this state. The court deems the application and
the showing made in support thereof sufficient to warrant
the reinstatement of Mr. Peters and orders that upon his
taking the required oath of office he be fully restored to all
the rights and privileges of an attorney and counselor of
this court, and that his name be added to the roll of attor-
neys and counselors of this state.

*Mr. Henry C. Smith,* for Petitioner.